

*State of New Jersey*

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | JEFFREY S. CHIESA<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | CHRISTOPHER S. PORRINO<br>*Director* |

October 17, 2012

**<u>VIA E-FILING AND U.S. MAIL</u>**
Hon. Robert B. Kugler, U.S.D.J.
United States District Court
4th and Cooper Streets
Camden, New Jersey 08101

    Re:  <u>Rodriguez v. Hayman</u>, 08-4239
         Contempt Motion – Jeffrey Patti, Esq.

Dear Judge Kugler:

    With regard to the request made by Mr. Loughry in his letter dated October 16, 2012 (Docket Entry 121), the defense respectfully takes no position.

                             Sincerely yours,

                             JEFFREY S. CHIESA
                             ATTORNEY GENERAL OF NEW JERSEY

                  By:  <u>/s/ Daniel M. Vannella          </u>
                        Daniel M. Vannella
                        Deputy Attorney General

c:    Justin T. Loughry, Esq.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 292-8550 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*