<u>NOT FOR PUBLICATION</u>                                  (Document No. 114)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

————————————————————    :
                                                :
RAMON RODRIGUEZ and                             :
IVELISSE RODRIGUEZ,                             :
                                                :          Civil No. 08-4239 (RBK/KMW)
                              Plaintiffs,        :
                                                :
              v.                                :          **ORDER**
                                                :
                                                :
GEORGE W. HAYMAN, et al.                        :
                                                :
                              Defendants.        :
————————————————————    :

**KUGLER**, United States District Judge:

      **THIS MATTER** having come before the Court upon Plaintiffs' motion for

reconsideration (Doc. No. 114) of the Court's June 13, 2012 order (Doc. No. 110), and the Court

having considered the moving papers and responses thereto; and for the reasons expressed in the

Opinion issued this date;

      **IT IS HEREBY ORDERED** that Plaintiffs' motion for reconsideration is **DENIED**.


Dated:   3/25/13                                     ___/s/ Robert B. Kugler_____
                                                     ROBERT B. KUGLER
                                                     United States District Judge