NOT FOR PUBLICATION                                              (Document No. 114)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| RAMON RODRIGUEZ and | : | |
| IVELISSE RODRIGUEZ, | : | |
| | : | Civil No. 08-4239 (RBK/KMW) |
| Plaintiffs, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| GEORGE W. HAYMAN, et al. | : | |
| | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiffs' motion for reconsideration (Doc. No. 114) of the Court's June 13, 2012 order (Doc. No. 110), and the Court having considered the moving papers and responses thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiffs' motion for reconsideration is **DENIED**.


Dated:   3/25/13                                                    /s/ Robert B. Kugler
                                                                                    ROBERT B. KUGLER
                                                                                    United States District Judge